# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

```
- ---------------------------------------------------------------- x
MARY ANN DEINNOCENTES, on behalf of          :     Case No.: 3:26-cv-134
herself and all others similarly situated,   :
                                             :
                                             :
            Plaintiffs,                       :
                                             :     NOTICE OF VOLUNTARY
            v.                                      DISMISSAL WITH
                                                   PREJUDICE
Campfire Treats, LLC,                        :
                                             :
            Defendant.                        :
                                             :
                                             :
                                             :
- ---------------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  April 17, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Jason B. Marshall**

By: Jason B. Marshall
IN Bar No.: 36889-49
4903 Avenue N,
Brooklyn, NY 11234
jmarshall@ealg.law
(463) 777-4196