UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARY ANN DEINNOCENTES,

    Plaintiff,

    v.

CAMPFIRE TREATS, LLC,

    Defendant.

Case No. 3:26-CV-134-CCB-SJF

## <u>ORDER</u>

Pursuant to the Notice of Voluntary Dismissal (ECF 6) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is **DISMISSED** with prejudice, without costs, or disbursements, or attorneys' fees to any party. The Clerk is **DIRECTED** to close this case.

SO ORDERED on April 21, 2026.

        /s/ *Cristal C. Brisco*
        CRISTAL C. BRISCO, JUDGE
        UNITED STATES DISTRICT COURT